*Motion GRANTED.*
[signature]

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 03:13-cr-00055-2 |
| | ) | Hon. Aleta Trauger |
| | ) | |
| **BENJAMIN MARTINEZ** | ) | |

### MOTION FOR LEAVE TO JOIN IN VICTOR CARRANZA'S
### MOTION TO CONTINUE TRIAL AND PRE-TRIAL MOTION DEADLINE

The undersigned, Benjamin Martinez, by and through undersigned counsel, having been advised of my rights under the Speedy Trial Act, 18 U.S.C. 3161, et seq. and the Plan For Prompt Disposition of Criminal Cases adopted by this Court, and having executed a Waiver of Speedy Trial after full consultation with my attorney, hereby request leave of court to adopt the motion of Victor Carranza to Continue the Trial and Pre-Trial Deadlines (D.E. 57).

My Waiver of Speedy Trial is attached.

Respectfully submitted,
s/ William I. Shockley, BPR #26137
Attorney for Defendant
4505 Harding Road, Ste. 126
Nashville, Tennessee 37205
Tel 615. 497.8550
Fax 615.730.9741

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing documents were served by electronic means through the CM/ECF filing system on the 27th day of June 2013 to Harold Benton McDonald, Jr. Assistant United States Attorney, 110 Ninth Avenue S., Suite